UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE 1999 CHEVROLET TAHOE,
VIN 3GNEK18R7XG150578, WITH
ALL APPURTENANCES AND
ATTACHMENTS THEREON,

ONE 1994 HARLEY DAVIDSON
MOTORCYCLE,
VIN 1HD1GEL15RY305363, WITH
ALL APPURTENANCES AND
ATTACHMENTS THEREON,

    Defendants.

[CLAIMANT: DAVID ROSSE]

Civil No. 3:00CV2007 (EBB)

October 14, 2004

PLAINTIFF UNITED STATES OF AMERICA'S
RESPONSE TO NOTICE OF RULE 41(a)

The Plaintiff, United States of America ("United States"), hereby responds to the Rule 41(a) Notice entered by the Court on September 24, 2004 in the above-captioned civil forfeiture action. The undersigned Assistant United States Attorney hereby represents to this Court the following:

1.    On October 17, 2000, the Plaintiff, United States of America, filed a Verified Complaint of Forfeiture against one 1999 Chevrolet Tahoe, VIN 3GNEK18R7XG150578, with all appurtenances and attachments thereon, and one 1994 Harley Davidson Motorcycle, VIN 1HD1GEL15RY305363, with all appurtenances and attachments thereon ("Vehicle