UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2007 (EBB) |
| | : | |
| ONE 1999 CHEVROLET TAHOE, | : | |
| VIN 3GNEK18R7XG150578, WITH | : | |
| ALL APPURTENANCES AND | : | |
| ATTACHMENTS THEREON, | : | |
| | : | |
| ONE 1994 HARLEY DAVIDSON | : | |
| MOTORCYCLE, | : | |
| VIN 1HD1GEL15RY305363, WITH | : | April 15, 2005 |
| ALL APPURTENANCES AND | : | |
| ATTACHMENTS THEREON, | : | |
| | : | |
| Defendants. | : | |

SECOND MOTION FOR EXTENSION OF TIME

The Plaintiff, United States of America, hereby moves for a second extension of time

within which to respond to the Receiver-Claimants' Motion for Summary Judgment. Plaintiff

requests from April 18, 2005, until June 17, 2005 to file a responsive pleading.

This case is related to several other civil forfeiture cases[1] in which there are additional

victim-claimants.[2] In those related cases, the parties have agreed to extend certain deadlines

pending a decision from the Mississippi Supreme Court. In that Mississippi case, Peoples,

Veterans and Settlers have appealed their priority assigned by the Liquidation Court in

---

[1]United States v. $29,035,500.00 & $3,241,500.00, Civil No. 3:01CV1515 (EBB); United
States v. 277 Diamonds, et al., Civil No. 3:02CV889 (EBB).

[2]Peoples Benefit Life Insurance Company, Veterans Life Insurance Company, and Huff
Cook, Inc. (Settlers), collectively "Peoples, Veterans and Settlers."

connection with the losses sustained by various insurance and re-insurance companies as a result

of the fraudulent scheme conducted by Martin Frankel and others.  The Receiver-Claimants[3]

have agreed to an extension of time in this case in light of pendency of the Mississippi Supreme

Court's decision, which will have an impact on all of the related civil forfeiture actions.

This is the second motion for extension filed with respect to this deadline.  Douglas

Schmidt, one of the attorneys for the Receiver-Claimants, has indicated that he has no objection

to the granting of this motion.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEYS OFFICE
P.O. BOX 1824
NEW HAVEN, CT 06510
FEDERAL BAR # ct23398

---

[3]International Financial Services Life Insurance Company, Franklin Protective Life Insurance Company, Family Guaranty Life Insurance Company, First National Life Insurance Company, Franklin American Life Insurance Company, Farmers and Ranchers Life Insurance Company, and Old Southwest Life Insurance Company.

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Second Motion for Extension of

Time has been mailed, postage prepaid, this 15th day of April, 2005, to:

Susan B. Loving, Esq.
Lester, Loving & Davies
1505 Renaissance Blvd.
Edmond, OK 73013-3018

Douglas J. Schmidt, Esq.
Blackwell Sanders Peper Martin, LLP
2300 Main, Suite 1100
Kansas City, MO 64108

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 W. End Avenue, Suite 1500
Nashville, TN 37203

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2026

Charles G. Copeland, Esq.
Copeland, Cook, Taylor & Bush
200 Coucourse
1062 Highland Colony Parkway, Suite 200
Ridgeland, MS 39157

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

_____
                    JULIE G. TURBERT
                    ASSISTANT U.S. ATTORNEY