UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:00CV2007 (EBB) |
| | : | |
| ONE 1999 CHEVROLET TAHOE, | : | |
| VIN 3GNEK18R7XG150578, WITH | : | |
| ALL APPURTENANCES AND | : | |
| ATTACHMENTS THEREON, | : | |
| | : | |
| ONE 1994 HARLEY DAVIDSON | : | |
| MOTORCYCLE, | : | |
| VIN 1HD1GEL15RY305363, WITH | : | August 8, 2007 |
| ALL APPURTENANCES AND | : | |
| ATTACHMENTS THEREON, | : | |
| | : | |
| Defendants. | : | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, and Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

A supporting memorandum and proposed Decree of Forfeiture are filed herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5373
EMAIL: Julie.Turbert@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Decree of Forfeiture has been sent via electronic mail, on this 8th day of August, 2007, to:

Susan B. Loving, Esq.
Lester, Loving & Davies
1701 South Kelly
Edmond, Oklahoma 73013-3018
email: sloving@lldlaw.com

Douglas J. Schmidt, Esq.
Terrance Summers, Esq.
Blackwell Sanders Peper Martin
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
email: dschmidt@blackwellsanders.com
email: tsummers@blackwellsanders.com

Andrew B. Campbell, Esq.
Wyatt, Tarrant & Combs
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
email: acampbell@wyattfirm.com

Douglas S. Skalka, Esq.
Neubert, Pepe & Monteith
195 Church Street, 13th Floor
New Haven, Connecticut 06510
email: dskalka@npmlaw.com

Charles G. Copeland, Esq.
Janet G. Arnold, Esq.
Copeland, Cook, Taylor & Bush
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, Mississippi 39157
email: gcopeland@cctb.com
email: Jarnold@cctb.com

James A. Lenes, Esq.
9 Grove Street
Ridgefield, CT 06877
email: jlenes@Leneslaw.com

and by first class mail to:

Steve A. Uhrynowycz, Esq.
1200 West Third Street, Room 340
Little Rock, Arkansas 72201-1904

 

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY